# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In re   Jacob Buttnick_____ ,
                                  Debtor

Case No. _____

Chapter   11  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Nco Financial Srvs Inc<br>2920 Prospect Park Dr St<br>Rancho Cordova, CA 95670 | | | Disputed | 119.00 |
| Nco Financial Srvs Inc<br>2920 Prospect Park Dr St<br>Rancho Cordova, CA 95670 | | | Disputed | 166.00 |
| Rentoncoll<br>Po Box 272<br>Renton, WA 98057 | | | Disputed | 171.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | | | 334.00 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | | | 1,501.00 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | | | | 4,000.00 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | | | 5,000.00 |
| Tatyana Mamieva<br>902 N 128th St #10<br>Seattle, WA 98133 | | | | 10,000.00 |
| Keybank Na<br>127 Public Sq<br>Cleveland, OH 44114 | | | | 20,400.00 |
| Irwin Koval<br>902 N 128th St #10<br>Seattle, WA 98133 | | | | 30,000.00 |

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date: November 5, 2013

Signature: /s/ Jacob Buttnick
JACOB BUTTNICK