**HON. KAREN OVERSTREET**
**CHAPTER: 11**
**LOCATION:  SEATTLE**
**HEARING DATE:  DECEMBER 20, 2013**
**HEARING TIME:  9:30 A.M.**
**RESPONSE DATE:  DECEMBER 13, 2013**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

In re:

JACOB BUTTNICK,

Debtor.

NO. 13-20151-KAO

JOINDER OF CREDITORS JOLAN, INC., AND LANCE MIYATOVICH IN FAIRVIEW INVESTMENT FUND I, LLC'S RESPONSE TO RECEIVER'S MOTION TO APPROVE ACCOUNTING, AWARD COMPENSATION, CLARIFY TITLE TO ASSETS AND GRANT RELIEF FROM STAY WITH LEAVE TO CLOSE RECEIVERSHIP PROCEEDINGS

## I.     JOINDER

Creditors Jolan, Inc., and Lance Miyatovich join in Fairview Investment Fund I, LLC's Response to Receiver's Motion to Approve Accounting, Award Compensation, Clarify Title to Assets and Grant Relief from Stay with Leave to Close Receivership Proceedings. Docket # 31 and the United States Trustee's Response to Receiver's Motion to Approve Accounting, Aware Compensation, Clarify Title to Asses, and Grant Releif from Stay with Leave to Close Receivership. Docket #34.

JOINDER IN RESPONSE TO RECEIVER'S
MOTION TO APPROVE ACCOUNTING  – Page 1

PFAU COCHRAN VERTETIS AMALA PLLC
403 Columbia St., Ste. 500
Seattle, WA  98104
Phone:  (206) 462-4334  Fax:  (206) 623-3624
www.pcvalaw.com

Case 13-20151-TWD    Doc 36    Filed 12/13/13    Ent. 12/13/13 11:04:50    Pg. 1 of 2

1

2

3          RESPECTFULLY submitted this 13th day of December 2013.

4

5

WOOD &  JONES, P.S.                    PFAU COCHRAN VERTETIS AMALA, PLLC
6

7

8      */s/ Denice E.  Moewes*                 */s/ Jason P. Amala*
       Denice E. Moewes, WSBA #19464          Jason P. Amala, WSBA No. 37054
9      Attorney for Michael McCarty           Attorneys for Creditors Jolan, Inc., and
       Chapter 7 Trustee of Jolan, Inc.       Lance Miyatovich
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINDER IN RESPONSE TO RECEIVER'S              PFAU COCHRAN VERTETIS AMALA PLLC
MOTION TO APPROVE ACCOUNTING  – Page 2                 403 Columbia St., Ste. 500
                                                        Seattle, WA  98104
                                            Phone:  (206) 462-4334  Fax:  (206) 623-3624
                                                        www.pcvalaw.com
Case 13-20151-TWD    Doc 36    Filed 12/13/13    Ent. 12/13/13 11:04:50    Pg. 2 of 2