Entered on Docket December 20, 2013

**Below is the Order of the Court.**



Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

___

Judge: Karen A. Overstreet
Chapter: 7

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

**Jacob Buttnick**

No. 13-20151-KAO

**ORDER GRANTING MOTION TO APPOINT CHAPTER 11 TRUSTEE**

This matter came before the Court on Friday, December 20, 2013 upon the motion of the Bankruptcy Estate of Jolan Inc and Larry Miyatovich for an order directing the appointment of a Chapter 11 Trustee pursuant to 11 U.S.C. §1104(a).

The Court reviewed the Motion to Appoint a Chapter 11 Trustee; the Declaration of Jason Amala; Declaration of Denice Moewes; the Response to the Motion for Order Directing Appointment of Chapter 11 Trustee filed by Fairview Investment Fund I, LLC; the Response to Motion for Appointment of Chapter 11 Trustee filed by Foundation Bank; Joinder in Response to

ORDER GRANTING MOTION TO APPOINT CHAPTER 11 TRUSTEE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Motion to Appoint Chapter 11 Trustee filed by Whidbey Island Bank; Intervenor's Response to Motion to Appoint Trustee filed on behalf of Simon Shriki; Response filed by the debtor; Declaration of Jacob Buttnick; Amended Declaration of Jacob Buttnick; Reply of Jolan Inc and Lance Miyatovich to Objection to Motion to Appoint Chapter 11 Trustee by Jolan Inc.; the Debtor's sworn petition, schedules, statement of financial affairs; the records and files herein; and heard the arguments of counsel. The Court being full advised in the premises made an oral ruling which pursuant to Fed.R.Bankr.P 7052 contains the Court's findings of fact and conclusions of law. The Court finds and concludes that under the undisputed facts referenced in the Court's oral ruling that:

1) Cause exists to appoint a trustee pursuant to 11 U.S.C. §1104(a)(1); and
2) Appointment of a trustee is in the best interests of creditors pursuant to 11 U.S.C. §1104(a)(2).

Based on the foregoing, **IT IS HEREBY ORDERED THAT**:

1) The Motion to Appoint a Chapter 11 Trustee is GRANTED;
2) The United States Trustee shall select an individual for appointment as a Chapter 11 Trustee herein;
3) Such individual shall be a disinterested person as defined in 11 U.S.C. §104(14) who is otherwise qualified to be trustee; and
4) Upon selection, the United States Trustee shall submit to the Court an application appointing the selected individual as the Chapter 11 Trustee;
5) The Trustee to be appointed shall have all the rights and duties specified in 11 U.S.C. §1106.

//End of Order//

ORDER GRANTING MOTION TO APPOINT CHAPTER 11 TRUSTEE

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Page 2

Case 13-20151-TWD    Doc 56    Filed 12/20/13    Ent. 12/20/13 16:29:21    Pg. 2 of 3

Presented by:

| | |
|---|---|
| WOOD & JONES, P.S. | SCHWEET LINDE & COULSON, PLLC |
| */s/ Denice E. Moewes* | */s/ Thomas S. Linde* |
| Denice E. Moewes, WSB 19464 | Thomas S. Linde, WSBA #14426 |
| Attorney for Michael McCarty | Attorney for Lance Miyatovich |
| Chapter 7 Trustee of the Estate of Jolan, Inc and | |
| Lance Miyatovich (the "Jolan Group") | |

ORDER GRANTING MOTION TO APPOINT CHAPTER 11 TRUSTEE

Page 3

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Case 13-20151-TWD    Doc 56    Filed 12/20/13    Ent. 12/20/13 16:29:21    Pg. 3 of 3