**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

---

| | |
|---|---|
| **BUCKNELL STEHLIK SATO & STUBNER, LLP**<br>2003 Western Avenue, Suite 400<br>Seattle, Washington 98121<br>(206) 587-0144 $ fax (206) 587-0277 | JUDGE: Karen Overstreet<br>DATE: December 20, 2013<br>TIME: 9:30 a.m.<br>CHAPTER: 11<br>LOCATION: Seattle<br>RESPONSE DATE: December 13, 2013 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re:                                          )   No. 13-20151-KAO
                                                )
JACOB BUTTNICK,                                 )   **ORDER GRANTING RECEIVER'S**
                                                )   **MOTION TO APPROVE**
                                                )   **ACCOUNTING, AWARD**
                                                )   **COMPENSATION, CLARIFY**
                                                )   **TITLE TO ASSETS AND GRANT**
               Debtor.                          )   **RELIEF FROM STAY WITH**
                                                )   **LEAVE TO CLOSE**
_____ )   **RECEIVERSHIP PROCEEDING**

Order Granting Receiver's Motion to Approve Accounting, Award, Compensation, Clarify Title to Assets and Grant Relief from Stay - 1

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 $ fax (206) 587-0277

W:\CLIENTS\3316\103a - bankruptcy\order approving accounting updated.doc

THESE MATTERS arise upon the Receiver's Motion to Approve Accounting, Award Compensation, Clarify Title to Assets and Grant Relief from Stay with Leave to Close Receivership Proceeding [the "Motion"] and were duly heard in open court on December 20, 2013. The Court, having considerd the Motion, all papers and evidence timely submitted in support of and response to the Motion, the records and files of this case, and the arguments of counsel, and deeming itself fully advised, finds and concludes that the Motion should be granted as provided in this Order for good cause shown, and that the compensation awarded herein represents reasonable compensation for actual, necessary services properly awarded and paid to the Receiver and its counsel under applicable law. Based upon the foregoing and for the reasons stated by the Court in its oral ruling of December 20, 2013, which are incorporated herein by this reference, it is accordingly:

**ORDERED**:

1. The accounting provided by Aebig & Johnson Business Resolutions LLC ["AJBR" or "Receiver"], as provided in the Motion, is approved;

2. AJBR is awarded and may be paid from its retainer, with the balance paid from funds held by the Receiver, compensation in the total amount of $25,100.00. Bucknell Stehlik Sato & Stubner, LLP is awarded and may be paid, from funds held by the Receiver, compensation in the total amount of $21,721.30. After payment of such compensation, the balance of funds, if any, held by the Receiver (excluding earnest money deposited to escrow by Shimon and Michelle Shriki which is not available to the estate for general purposes) shall be delivered to the Chapter 11 trustee when appointed in this case.

3. In view of the filing of a petition under Chapter 11, Title 11, U.S.C. by the debtor, the

Order Granting Receiver's Motion to Approve Accounting, Award, Compensation, Clarify Title to Assets and Grant Relief from Stay - 2

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 $ fax (206) 587-0277

W:\CLIENTS\3316\103a - bankruptcy\order approving accounting updated.doc
Case 13-20151-TWD    Doc 60    Filed 12/24/13    Ent. 12/24/13 13:11:28    Pg. 2 of 4

Motion, and the exercise of jurisdiction over property of the debtor by this Court consistent with the Motion and this Order, the real and personal property assigned by the debtor, Jacob Buttnick, in a prepetition assignment for benefit of creditors made June 20, 2013, is hereby declared property of the bankruptcy estate in this case as if no such assignment for benefit of creditors had been made.

4. The Receiver is granted relief from the automatic stay in this case, with leave to make such filings and take such actions as necessary or appropriate in the Receiver's discretion, to result in closing of the Receivership Proceeding, including without limitation, actions to obtain exoneration of the Receiver's bond.

///End of Order///

Presented by:

BUCKNELL STEHLIK SATO & STUBNER, LLP

/s/ Edwin K. Sato
_____
Edwin K. Sato, WSBA # 13633
Attorneys for receiver

Approved as to form; notice of presentation waived:

WOOD & JONES, P.S.
/s/ Edwin K. Sato per email authorization 12/23/13
_____
Denice E. Moewes, WSBA # 19464
Attorneys for Michael McCarty
Chapter 7 Trustee of Jolan, Inc.

PFAU COCHRAN VERTETIS AMALA, PLLC
/s/ Edwin K. Sato per email authorization 12/23/13
_____
Jason P. Amala, WSBA # 37054
Attorneys for Jolan, Inc. and Lance Miyatovich

Order Granting Receiver's Motion to Approve Accounting, Award, Compensation, Clarify Title to Assets and Grant Relief from Stay - 3

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 $ fax (206) 587-0277

W:\CLIENTS\3316\103a - bankruptcy\order approving accounting updated.doc
Case 13-20151-TWD    Doc 60    Filed 12/24/13    Ent. 12/24/13 13:11:28    Pg. 3 of 4

GAIL BREHM GEIGER
Acting U.S. Trustee Region 18
/s/ Edwin K. Sato per email authorization 12/23/13
_____
William L. Courshon, WSBA # 20468
Attorney for the United States Trustee

HANSON BAKER LUDLOW DRUMHELLER P.S.
/s/ Edwin K. Sato per email authorization 12/21/13
_____
Merrilee A. MacLean, WSBA # 12732
Attorney for Foundation Bank

CAIRNCROSS & HEMPELMANN, P.S.
/s/ Edwin K. Sato per email authorization 12/23/13
_____
Yousef Arefi-Afshar, WSBA # 40754
Attorneys for Fairview Investment Fund I LLC

/s/ Edwin K. Sato per telephonic authorization 12/23/13
_____
Jason E. Anderson, WSBA # 32232
Attorney for debtor

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 $ fax (206) 587-0277

Order Granting Receiver's Motion to Approve Accounting, Award, Compensation, Clarify Title to Assets and Grant Relief from Stay - 4

W:\CLIENTS\3316\103a - bankruptcy\order approving accounting updated.doc

Case 13-20151-TWD    Doc 60    Filed 12/24/13    Ent. 12/24/13 13:11:28    Pg. 4 of 4