**Below is the Order of the Court.**

_(signature)_

_____

Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | In Chapter 11 Proceeding |
| JACOB BUTTNICK, | Case No. 13-20151-KAO |
|         Debtor. | ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE |

THIS MATTER comes before the Court on the United States Trustee's Application for

Order Approving Appointment of Chapter 11 Trustee.  Pursuant to the Court's order directing

the appointment of a Chapter 11 Trustee entered on December 20, 2013, the United States

Trustee, after consultation with parties in interest, has selected for appointment Ronald G.

Brown.  Having reviewed the United States Trustee's Application and finding that Ronald G.

ORDER APPROVING APPOINTMENT OF
CHAPTER 11 TRUSTEE - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, Washington 98101
(206) 553-2000
Fax: (206) 553-2566

Brown is a disinterested person as defined in 11 U.S.C. § 101(14) and has the experience

necessary to perform the duties of a trustee in this case, it is hereby

ORDERED as follows:

1. The appointment of Ronald G. Brown to serve as Chapter 11 Trustee in the

above-captioned case is hereby approved.

2. The Trustee shall perform the duties specified in 11 U.S.C. § 1106.

3. The Trustee shall file and serve on the United States Trustee monthly financial

reports as required by Local Bankruptcy Rule 2015-1(a) and the United States Trustee

Guidelines, and shall pay statutory fees owing to the United States Trustee pursuant to 28 U.S.C.

§ 1930(a)(6).

4. The Trustee shall obtain bonding in an amount and form sufficient to meet the

United States Trustee's bonding requirements for a Chapter 11 Trustee. The Trustee is

authorized to use any estate funds for the purpose of paying the bond premium.

///End of Order///

Presented by:

GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18

/s/ William L. Courshon
WILLIAM L. COURSHON, WSBA #20468
Attorney for the United States Trustee

| ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE - Page 2 | Office of the United States Trustee United States Courthouse 700 Stewart Street, Suite 5103 Seattle, Washington 98101 (206) 553-2000 Fax: (206) 553-2566 |
| --- | --- |