B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## _____Western_____ District of __Washington__

In re __Jacob Buttnick_____,   Case No. _____13-20151_____

Debtor   Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of __12/2013__ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Jamison and McFarland LLC | 50% or 30% | A |
| J&M Hotel LLC | | A |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

### THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                                    3

# Exhibit A
## Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

It is hard to set a value for Jamison and McFarland LLC. The company commenced in March of 2013 when it was established with Mr. Buttnick as a 50% member and Michelle Shirki as a 50% member. Since that time Simon Shirki has operated the bar. Mr. Buttnick has not received financial statements regarding the financial condition of the business. Mr. Shirki has told the prior receiver that the company was unable to make distributions.

The Company J&M Hotel LLC was set up when Mr. Buttnick anticipated selling an interest in his building to Mr. Shirki for $1.8 Million. The parties subsequently abandoned this plan and the company has never operated and holds no assets.

**Exhibit B**
**Financial Statements for [Insert Name of Entity]**

See Exhibit A

## Exhibit B-1
## Balance Sheet for [Name of Entity]
As of

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

See Exhibit A

## Exhibit B-2
### Statement of Income (Loss) for [Name of Entity]
Period ending

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

See Exhibit A

# Exhibit B-3
## Statement of Cash Flows for [Name of Entity]
For the period ending

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

See Exhibit A

# Exhibit B-4
## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]
period ending

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

See Exhibit A

B26 (Official Form 26) (12/08) – Cont.                                                                                                   2

Date: _____

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor