**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

Judge:      Hon. Karen A. Overstreet
Chapter:     Chapter
*Ex Parte*

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Case No. 13-20151 |
| JACOB BUTTNICK, | |
| Debtor. | EX PARTE ORDER AUTHORIZING 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS |

THIS MATTER having come <u>ex parte</u> before the undersigned Judge of the above-entitled court, on the Ex Parte Application for Order Authorizing 2004 Examination of Shimon and Michelle Shriki and Jamison & McFarland, LLC and Requiring Production of Documents filed by creditor Jolan, Inc., and Lance Miyatovich, it appearing that notice to parties is not necessary, now, therefore, it is hereby

EX PARTE ORDER REQUIRING
PRODUCTION OF DOCUMENTS

Page 1

**Wood & Jones, P.S.**
303 North 67th Street
Seattle, WA 98103
(206) 623-4382

Case 13-20151-TWD    Doc 66    Filed 01/08/14    Ent. 01/08/14 15:58:18    Pg. 1 of 3

ORDERED that the Shimon and Michelle Shriki and Jamison & McFarlandl LLC are required to produce to Wood & Jones, P.S., 303 N. 67th Street, Seattle, Washington, 98103 no later than 5 p.m. on Monday, January 19, 2014 the following documents:

1. All agreements entered into by and between Shimon and/or Michelle Shriki, Jamison & McFarland, LLC. and Jacob Buttnick.

2. All lease agreements entered into by or on behalf of Shimon and Michelle Shriki and/or Jamison & McFarland, LLC for real property located at 201 First Avenue S, Seattle, Washington ("J&M Café").

3. All documentation relating to the creation of a separate business entity, aside from Jamison and McFarland LLC, for the purpose of owning, operating, and/or managing the J&M building or the J&M Café.

4. Documentation evidencing financial or other material contributions made by Shimon and Michelle Shriki to Jamison and McFarland LLC, including any such contributions made by the Shrikis or on their behalf.

5. Documentation evidencing each and every transfer from Jamison & McFarland, LLC to or for the benefit of Shimon and/or Michelle Shriki.

6. Membership Agreement and Articles of incorporation, by-laws, and corporate minutes for Jamison & McFarland, LLC.

7. Copies of all bank statements, general ledgers and canceled checks for all bank accounts from January 1, 2013 to the present that were maintained by, for the benefit of or into which funds are deposited for Jamison & McFarland, LLC.

8. The name, address and phone number of the bookkeeper and/or accountants for Jamison & McFarland, LLC.

EX PARTE ORDER REQUIRING
PRODUCTION OF DOCUMENTS

Page 2

**Wood & Jones, P.S.**
303 North 67th Street
Seattle, WA 98103
(206) 623-4382

Case 13-20151-TWD    Doc 66    Filed 01/08/14    Ent. 01/08/14 15:58:18    Pg. 2 of 3

9. Each and every report filed by Jamison & McFarland. LLC with the State of Washington Department of Labor & Industries, Employment Security, and Department of Revenue from January 1, 2013 to the present.

10. Copies of any and all documents regarding the development plans for the J&M Building.

11. All emails exchanged with Jacob Buttnick, including emails where he is included as a recipient.

12. All records reflecting communications, including but not limited to, phone calls between the Shrikis Jacob Buttnick or anyone acting on Mr. Buttnick's behalf, including attorneys.

This Order is intended to be broad and all encompassing, includes but is not limited to all communications in electronic formats, and includes all communications from any agents or attorneys on behalf of named entities or individuals, as limited only by any applicable privilege for attorney-client communications.

ORDERED ADJUDGED AND DECREED that Shimon Shriki and/or Michelle Shriki shall appear for a 2004 examination at a mutually agreeable time and place..

***///END OF ORDER///***

Presented by:

**WOOD & JONES, P.S.**

/s/ Denice E. Moewes
Denice E. Moewes WSBA#19464
Attorney for Chapter 7 Trustee
Michael McCarty

EX PARTE ORDER REQUIRING
PRODUCTION OF DOCUMENTS

Page 3

**Wood & Jones, P.S.**
303 North 67th Street
Seattle, WA 98103
(206) 623-4382

Case 13-20151-TWD    Doc 66    Filed 01/08/14    Ent. 01/08/14 15:58:18    Pg. 3 of 3